IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| SANTOS ARGUETA, BLANCA GRANADO, DORA ARGUETA, TOMAS ARGUETA, AND JELLDY ARGUETA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LUIS FERNANDO ARGUETA, PLAINTIFFS, | CIVIL ACTION NO. 3:20-cv-00367 |
| V. | JURY |
| CITY OF GALVESTON AND OFFICER DERRICK S. JARADI, DEFENDANTS. | |

**<u>PLAINTIFFS, SANTOS ARGUETA; BLANCA GRANADO; DORA ARGUETA; TOMAS ARGUETA; AND JELLDY ARGUETA'S, VOLUNTARY STIPULATION OF DISMISSAL OF PLAINTIFF TOMAS ARGUETA</u>**

Plaintiff, Tomas Argueta, file this Voluntary Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41, noting that all Plaintiffs have agreed to dismiss Plaintiff, Tomas Argueta, as a party to this suit, and to dismiss all of Plaintiff, Tomas Argueta's, claims against Defendants, City of Galveston and

Officer Derrick S. Jaradi, with prejudice; Plaintiff, Tomas Argueta, does not desire to participate in this litigation any longer.

On December 6, 2021, Plaintiffs' counsel consulted with counsel for Defendants; Defendants' counsel does not oppose this voluntary stipulation of dismissal.

DATE:  December 17, 2021.

Respectfully submitted,

Counsel for Plaintiffs:
*/s/ Ellyn J. Clevenger*
Ellyn J. Clevenger
Federal I.D. No. 3597745
State Bar No. 24058662
1115 Moody Avenue
Galveston, Texas  77550
409.621.6440
ellynclevenger@gmail.com

Gene A. Watkins
Federal I.D. No. 112993
State Bar No. 24058954
Sherman Watkins PLLC
1418 Washington Avenue
Houston, Texas  77002
713.224.5113
gwatkins@shermanwatkins.com

## CERTIFICATE OF SERVICE

This is to certify that on this the 17th Day of December, 2021, the foregoing document was forwarded to counsel for the Defendants, to-wit:

>William S. Helfand
>Norman Ray Giles
>Lewis, Brisbois, Bisgaard & Smith, LLP
>24 Greenway Plaza, Suite 1400
>Houston, Texas 77046
>Attorneys for Defendant, City of Galveston
>Bill.helfand@lewisbrisbois.com
>Norman.giles@lewisbrisbois.com

>*/s/ Ellyn J. Clevenger*
>ELLYN J. CLEVENGER