IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SANTOS ARGUETA, et al. | § |
|  | § CIVIL ACTION NO. 3:20-cv-00367 |
| *Plaintiff,* | § |
|  | § Jury |
| v. | § |
|  | § |
| CITY OF GALVESTON, et al. | § |
|  | § |
| *Defendants.* | § |

ORDER

Defendants City of Galveston, Texas, and Officer Derrick Jaradi Motion to Exclude, or Alternatively Limit, Improper Opinion Evidence is **GRANTED**. It is therefore,

**ORDERED** that opinion testimony from Charles Wiley, Erin A. Burnhardt, M.D.; Jenilyn Saunders, Autopsy Assistant II; Nobby C. Mambo, M.D.; Investigator D.J. Lawrence; Robert G. Middleberg, Ph.D., F-ABFT, DABCC-TC, Laboratory Director; and Paul Miller, Certifying Scientist will not be admitted into evidence in this case.

Entered this _____ day of _____, 202___.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE